[No. 2825. Decided January 28, 1898.]

J. H. LINDER, *Appellant*, v. ISAAC NEWMAN, *as Administrator, et al., Respondents.*

REVIEW ON APPEAL — INSUFFICIENT RECORD.

An order granting a new trial because of the incompetency of certain testimony admitted in evidence will not be reviewed on appeal, when there is no statement of facts or bill of exceptions embodying the evidence sent up to the supreme court.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge. Affirmed.

*James E. Fenton*, for appellant.

*Mount & Merritt*, for respondents.

PER CURIAM.—Appellant sued the administrator of the estate of Samuel Newman *et al.* to recover for money loaned and obtained a verdict in his favor. The superior court of Spokane county set aside the verdict and granted a

new trial. This appeal is from that order. The order appealed from recites:

. " . . . that this court erred in allowing the above named plaintiff in the trial of said cause, to testify in his own behalf as to transactions had by him with and as to statements made to him by the said Samuel Newman, deceased."

No statement of facts or bill of exceptions embodying the evidence has been sent to this court, and we are unable to say that the order granting a new trial was erroneous.

Affirmed.